JS-6

1  STEPHANIE S. CHRISTENSEN
   Acting United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  SUSAN L. SMITH, CA STATE BAR NO.: 253808
7  Special Assistant United States Attorney
        Social Security Administration
8       160 Spear Street, Suite 800
9       San Francisco, California 94105
        Tel: (510) 970-4857
10      Fax: (415) 744-0134
11      E-mail: Susan.L.Smith@ssa.gov
12
   Attorneys for Defendant
13

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| LIDIA BROADWAY, | No. 8:22-cv-00450-KS |
| Plaintiff, | |
| v. | [~~PROPOSED~~] |
| KILOLO KIJAKAZI, | JUDGMENT OF REMAND |
| Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: July 26, 2022

*Karen L. Stevenson*
HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE